**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0349, <u>Town of Troy v. The Monadnock Regional School District</u>, the court on February 6, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The petitioner, the Town of Troy (town), appeals an order of the Superior Court (<u>Kissinger</u>, J.) dismissing its petition for declaratory judgment against the respondent, the Monadnock Regional School District (school district). The trial court concluded that the town's claim that the school district unlawfully amended the formula by which it apportions operational costs among its member communities was barred by: (1) the town's failure to exhaust its administrative remedies before the New Hampshire Board of Education (board); and (2) the doctrine of laches. On appeal, the town asserts that it was not afforded adequate notice of the proceedings before the board in violation of due process, that its challenge to the funding amendment was not barred by laches because the school district had not yet established a budget or apportioned operational costs for future tax years, and that it stated a claim for breach of contract based upon the school district's articles of agreement.

As the appealing party, the town has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. ___, ___ 101 A.3d 1183, 1186 (2014). Based upon our review of the trial court's well-reasoned order, the town's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the town has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**
